PS 8  
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Aleksander Zaretser**                                                                 Docket No. **21-CR-653-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW ROBERT HYDE PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Aleksander Zaretser**, who was placed under pretrial release supervision by the **HONORABLE MICHAEL A. SHIPP** sitting in the Court at **Trenton, New Jersey**, on **September 2, 2021**, under the following conditions:

The defendant was ordered released on a $500,000 unsecured appearance bond along with the following conditions:

1. Report to Pretrial Services as directed
2. Substance abuse testing and/or treatment as deemed appropriate by Pretrial Services.
3. The defendant's travel is restricted to New Jersey and New York, unless otherwise approved by Pretrial Services.
4. Surrender all passports and travel documents to Pretrial Services.
5. Do not apply for new travel documents.
6. Surrender/do not possess any firearms. All firearms in any home which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a hearing to address violations of bail**

ORDER OF COURT

Considered and ordered this __19th__ day of __January__, __2022__ and ordered filed and made a part of the records in the above case.

_____  
Honorable Michael A. Shipp  
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on           __13 January 2022__

__/s/ Robert Hyde__  
ROBERT HYDE  
U.S. Pretrial Services Officer